UNITED STATES DISTRICT COURT
Northern District of Texas

## Alternate Dispute Resolution Summary

1. Style of case: *Lam Van "Tommy" Nguyen v. Quality Sausage Company, LLC*

2. Civil action number:  *4:19-CV-00150-Y*     2a. Date of Mediation: 09/3/2020

3. Nature of suit: Premises – Employment – Whistle Blower

4. Method of ADR used:  X   Mediation  _____ Mini-Trial  ____ Summary Jury Trial

5. Did the case settle? ___ Before ADR   X   In ADR  __ Did Not Settle

6. What was your total fee? $2750.00 per side

7. Please list the persons in attendance (including party association, i.e, defendant, plaintiff):

    Wade H. McMullen – Mediator
    Lam Van "Tommy" Nguyen– Plaintiff
    Gene Isen-Defendant Representative
    Steve O'Brien-Defendant Representative
    Oliver Debeere-Defendant Representative

8. Please provide the names, addresses and telephone numbers of counsel:

H. Dustin Fillmore, III, Esq.
The Fillmore Law Firm
1200 Summit Avenue, Suite 860
Fort Worth, Texas 76102

Kathy Schatz, Esq.
Jackson Lewis, P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201

| /s/ Wade H. McMullen | 09/16/2020 |
|---|---|
| Signature of Provider | Date |
| 6300 Ridglea Place, Suite 509 | |
| Address | 817-731-4163 |
| Fort Worth, Texas 76116 | Phone |